# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Daniel Garcia II**<br>DOB: 1991; U.S. Citizen; SSN: xxx-xx-6593 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**09-00143M** |

Complaint for violation of Title 21    United States Code §§ 841(a)(1) and 844(a)

FILED / LODGED / COPY
MAY 11 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

### Count 1

On or about May 8, 2009, at or near Douglas, in the District of Arizona, **Daniel Garcia II,** did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 9.28 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### Count 2

On or about May 8, 2009, at or near Douglas, in the District of Arizona, **Daniel Garcia II**, did knowingly and intentionally possess 9.28 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On May 8, 2009, at approximately 7:25 p.m., **Daniel Garcia II** entered the United States from the Republic of Mexico via the Douglas, Arizona Port of Entry. **Garcia** was the driver and sole occupant of a 2003 Pontiac Aztek. A search of the vehicle revealed 9.28 kilograms of marijuana concealed in the rear seat. **Garcia** admitted to knowing the packages contained marijuana and had placed the packages of marijuana in the seat of the vehicle. He further stated he was to be paid $1,000.00 to deliver the vehicle to an unknown location in Douglas, Arizona.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REC: DETENTION<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>Barry/kc<br>AUTHORIZED BY: AUSA<br>   Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE       Special Agent<br>Immigration and Customs Enforcement |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 11, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54