1 | DIANE J. HUMETEWA
2 | United States Attorney
   District of Arizona
3 | United States Attorney's Office
4 | 405 West Congress, Suite 4800
   Tucson, Arizona 85701-5040
5 | Telephone: (520) 620-7300



6

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF ARIZONA

9

10 | United States of America,

11 |        Plaintiff,

12 |   v.

13 | **Daniel Garcia II**,

14

15 |       Defendant.

**09-00143M**

PLEA AGREEMENT
(Flip-Flop)

**Fast Track 5K3.1**

16 |      The parties enter into the following agreement:

17 |      1. Defendant will enter a plea to Count Two of the complaint charging the defendant with

18
19 | Simple Possession of Marijuana, a misdemeanor offense, in violation of Title 21, United States

20 | Code, Section 844.   This plea will occur no later than the time set for the detention

21 | hearing/preliminary hearing.

22
23 |      2. The government will dismiss Count One of the complaint, Possession with Intent to

24 | Distribute Marijuana, a felony, in violation of Title 21, United States Code, Sections 841(a)(1)

25 | and 841(b)(1)(D).   This charge, if proven, carries a maximum sentence of five years

26
27 | imprisonment, a fine of $250,000, three years supervised release, and a $100 special assessment.

28 | The government will dismiss this charge at the time of sentencing.

3.  The maximum penalties for the offense to which I am pleading are one (1) year in custody, a $1,000 fine, and a $25 special assessment.

4.  Pursuant to this plea agreement, the government and the defendant stipulate and agree to a sentence of thirty (30) days of imprisonment.

5.  The parties waive a Pre-Sentence Investigation Report and agree that sentencing will occur on the date of the change of plea.

6.  Defendant waives: (1) any right to appeal the Court's entry of judgment against the defendant; (2) any right to appeal the imposition of sentence upon defendant under Title 18, United States Code, Section 3742 (sentence appeals); and (3) any right to collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack.

////

////

2

7. **Factual Basis for Plea**:

      On or about May 8, 2009, I, **Daniel Garcia II**, did drive a 2003 Pontiac Aztek from Mexico into the United States at the Port of Entry in Douglas, Arizona. I knew that hidden in the vehicle there was a quantity of marijuana, that is, 9.28 kilograms of marijuana. As I was in control of the vehicle, I was in possession of the marijuana.

Dated this _18th_ day of May, 2009.


_____
**Daniel Garcia II**
Defendant


_____
Defense Counsel


DIANE J. HUMETEWA
United States Attorney
District of Arizona


Assistant U.S. Attorney

3